NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DMF, INC.,**
*Plaintiff-Appellant*

**v.**

**AMP PLUS, INC., dba ELCO Lighting, ELCO LIGHTING, INC.,**
*Defendants-Appellees*

---

2024-1877

---

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-07090-CAS-GJS, Senior Judge Christina A. Snyder.

---

Before LOURIE, CUNNINGHAM, and STARK, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of the parties' responses to the court's show cause order, in which both parties agree that no final, appealable judgment has yet been entered in this case[1],

IT IS ORDERED THAT:

(1)  This appeal is dismissed.

2                            DMF, INC. v. AMP PLUS, INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 30, 2024
Date

---

1    Although DMF, Inc. urges that this case be dismissed "without prejudice to DMF raising issues in the 'Interim Judgment' in a notice of appeal timely filed after entry of final judgment," ECF No. 12 at 12, this court generally does not specify whether a dismissal of an appeal is with prejudice.